1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

US BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR WAMU MORTGAGE PASS
THROUGH CERTIFICATE FOR WMALT
SERIES SERIES 2006-AR1 TRUST,

               Plaintiff,

    v.

LUCILA MEDINA-GONZALEZ,

            Defendant.
_____/

No. C 12-04991 LB

**ORDER (1) CONTINUING THE
INITIAL CASE MANAGEMENT
CONFERENCE AND (2) DIRECTING
PLAINTIFF TO FILE A MOTION TO
REMAND**

    Defendant removed this unlawful detainer action from state court to this court on September 25, 2012.  Notice of Removal, ECF No. 1.[1]  Since then, Defendant has done nothing.  *See generally* Docket.  Plaintiff filed a "Memorandum of Points and Authorities re: Notice of Removal after Entry of Default Does Not Stay Unlawful Detainer Proceedings or Lock-Out" on January 11, 2013, but it was not accompanied by a noticed motion to remand the action to state court.  Memorandum, ECF No. 11.  In light of the circumstances, the court **CONTINUES** the March 28, 2013 initial case

---

    [1] The court notes that it appears this action (or one involving the same or similar parties) was removed to federal court once before.  *See U.S. Bank National Association as Trustee for Wamu Mortgage Pass Through Certificate for WMALT Series 2006-AR1 Trust v. Medina-Gonzales, et al.*, No. C12-01138 SI (N.D. Cal.).  Judge Illston remanded that action back to state court after Defendants failed to respond to an order to show cause why the case should not be remanded for lack of subject-matter jurisdiction.

1  management conference to June 13, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States

2  District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.  The court also

3  **DIRECTS** Plaintiff to file and serve, in accordance with Civil Local Rule 7, a noticed motion to

4  remand based on a lack of subject-matter jurisdiction, if Plaintiff wants the court to address the

5  issues it raises.

6     **IT IS SO ORDERED.**

7  Dated: March 27, 2013

8  _____
   LAUREL BEELER
   United States Magistrate Judge

9

10

11

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 12-04991 LB
ORDER

2